RYAN G. WELDON
Assistant U.S. Attorney
ERIC E. NELSON
Special Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT   59802
Phone:   (406) 542-8851
FAX:   (406) 542-1476
E-mail:   Ryan.Weldon@usdoj.gov
            Nelson.Eric@epa.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. U.S. MINERALS, INC., Defendant. | CR 21-     -BU- INFORMATION CLEAN AIR ACT VIOLATION – NEGLIGENT ENDANGERMNET Title 42 U.S.C. § 7413(c)(4) (Penalty: Five years probation, $393,200 fine, and $125 special assessment) |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

That in or about July 2015 and continuing at least until February 2019, at Anaconda, in Deer Lodge County, in the State and District of Montana, and elsewhere, the defendant, U.S. MINERALS, INC., a corporation, negligently

1

released into the ambient air a hazardous air pollutant, listed pursuant to 42 U.S.C. § 7412, and an extremely hazardous substance, listed pursuant to 42 U.S.C. § 11002(a)(2), and at the time of the release negligently placed another person in imminent danger of death and serious bodily injury, that is, the defendant, U.S. MINERALS, INC., released inorganic arsenic into the ambient air, which exposed employees to inorganic arsenic levels between 1.25 and 4.75 times permissible exposure limits, which can cause skin disease and skin cancer, among many other conditions, thereby placing the employees in danger of serious bodily injury and death, all in violation of 42 U.S.C. § 7413(c)(4).

DATED this 2nd day of August, 2021.

LEIF JOHNSON
Acting United States Attorney

RYAN G. WELDON
Assistant U.S. Attorney

LEIF JOHNSON
Acting United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

2